**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

|  |  |
|---|---|
| TINA NASSETTA<br>DEBTOR | ) CHAPTER 7<br>) CASE NO. 14-31834(JAM)<br>)<br>)<br>) JUNE 19, 2015<br>) |

## TRUSTEE'S MOTION TO REOPEN BANKRUPTCY CASE

Kara S. Rescia, Trustee in the above referenced Chapter 7 case, hereby moves for the entry of an Order pursuant to Bankruptcy Rule 5010 reopening the bankruptcy case of the Debtor, Tina Nassetta. In support of this Motion, the Trustee represents as follows:

1. By petition dated September 30, 2014, the Debtor's Chapter 7 case was commenced.

2. On November 7, 2014, the Trustee conducted the meeting of creditors on this case.

3. On November 10, 2014, the Trustee filed a Report of No Distribution in this case and this case was closed on January 28, 2015.

4. The Trustee seeks to reopen this bankruptcy case for administration of an asset of the estate after her submission of a report of no distribution.

5. The Trustee has recently been notified that the Debtor, Tina Nassetta's grandmother, passed away and the Debtor has become entitled to an inheritance with non-exempt value, within 180 days of filing this voluntary petition for bankruptcy.

6. As the Trustee is currently without funds in the instant proceeding to pay the fee for reopening the bankruptcy case, the Trustee requests that payment of the fee be deferred until the closing of the case.

7. The Trustee suggests that a Trustee be appointed in the re-opened Chapter 7 Bankruptcy Case.

**WHEREFORE**, the Trustee, Kara S. Rescia, respectfully moves for the entry of an Order reopening this bankruptcy case for the purpose of permitting the appointed Trustee to administer an asset of the estate.

          KARA S. RESCIA, CHAPTER 7 TRUSTEE

By   /s/ Kara S. Rescia
      Kara S. Rescia, Trustee
      Fed bar CT18001
      5104A Bigelow Commons
      Enfield, CT 06082
      (860) 452-0052
      Email: kara@ctmalaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

|  |  |
|---|---|
| TINA NASSETTA<br>DEBTOR | ) CHAPTER 7<br>) CASE NO. 14-31834(JAM)<br>)<br>)<br>) 2015<br>) |

**PROPOSED ORDER**

The Motion of the Trustee, Kara S. Rescia, for the entry of an Order reopening this bankruptcy case having come before the Court and having been heard/considered by the Court, it is hereby **ORDERED: GRANTED;**

**IT IS FURTHER ORDERED:** that the United States Trustee shall appoint a Trustee to serve in this case and that the filing fee for the Motion to Reopen be deferred until the closing of the case.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

|  |  |
|---|---|
| TINA NASSETTA<br>　　DEBTOR | )　CHAPTER 7<br>)　CASE NO. 14-31834(JAM)<br>)<br>)<br>)　JUNE 19, 2015<br>) |

**CERTIFICATE OF SERVICE**

On June 19, 2015, the Trustee's Motion to Reopen Bankruptcy Case was filed electronically. Notice of this filing was sent electronically to the following parties who received notices through the Court's CM/ECF:

Office of the United States Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Debtor's Counsel
Suzann L. Beckett
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT 06105

Debtor
Tina Nassetta
57 Inverness Lane
Middletown, CT 06457

　　　　　　　　　　　　　　　　　　　　/s/ Kara S. Rescia
　　　　　　　　　　　　　　　　　　　　Kara S. Rescia