## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| _____ ) | CHAPTER 7 |
| ) | CASE NO. 14-31834 (JAM) |
| TINA NASSETTA            ) |  |
| DEBTOR                     ) |  |
| ) | Re: ECF No. 9 |
| _____ ) |  |

## ORDER REOPENING CASE

The Motion of the Trustee, Kara S. Rescia, for the entry of an Order reopening this bankruptcy case having come before the Court and having been heard/considered by the Court, it is hereby **ORDERED: GRANTED;**

**IT IS FURTHER ORDERED:** that the United States Trustee shall appoint a Trustee to serve in this case and that the filing fee for the Motion to Reopen be deferred until the closing of the case.

Dated: July 8, 2015                                                                BY THE COURT

*Julie A. Manning*
Julie A. Manning
Chief United States Bankruptcy Judge