# Kara S. Rescia, Trustee

**5104A Bigelow Commons**
**Enfield, CT 06082**
**Phone:  (860) 452-0052**
kara@ctmalaw.com

July 9, 2015

Clerk's Office
U.S. Bankruptcy Court
157 Church Street
New Haven, CT 06510

> ***Re:***     ***Chapter 7 Case No.: 14-31834(JAM)***
> ***Case Name: Nassetta, Tina***

Dear Sir/Madam:

I have determined that the above named case has assets I expect to recover. I hereby request that a bar date for filing claims be set.

Very truly yours,

/s/ Kara S. Rescia
Kara S. Rescia, Trustee

KSR/jtn