**UNITED STATES BANKRUPTCY COURT**

## District of Connecticut

| | |
|---|---|
| In Re: | Tina Nassetta<br>Debtor(s) |

Case No.: 14–31834
Chapter: 7
Order for Relief Entered: 9/30/14

Social Security No: xxx–xx–6376
Employer Tax I.D. No:

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in the this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the bankruptcy court at the address below on or before:

**10/13/15**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

You will need to file a Proof of Claim Form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. The Proof of Claim form may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no filing fee for filing a proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**\*Government agencies who wish to file a proof of claim should do so on or before the date listed above or within 180 days after the date the Order for Relief was entered, whichever is the latter.**

Dated: 7/13/15

Address of the Bankruptcy Court
Connecticut Financial Center
157 Church Street
18th Floor
New Haven, CT 06510

*Gary M Gfell*
Clerk, U.S. Bankruptcy Court