UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

In Re:

TINA NASSETTA
Debtor(s)                                     Chapter 7

Kara S. Rescia                                14-31834
Name of Trustee                               Case No.

TRUSTEE'S REQUEST FOR PHOTOCOPY WORK AND/ OR SPECIAL CHARGES

_____    The above named case has been _____
                      (converted, dismissed, confirmed, or completed)

_____    The claims bar date has passed on _____

## COPY REQUEST

Please provide me with copies of the following:

_____    Claim register
_____    Docket Sheet
_____    Proof of claim(s) No.(s) _____
_____    Other: _____
          (Please indicate)

## SPECIAL CHARGES DUE

Photocopy charges _____ Pages @ $.50 EACH         $_____

Claims in excess of 10 _____ Pages @ $.25 EACH       $_____

Complaint(s) Filed            @ $250.00 EACH          $_____

Excess Notices _____ Pages  @ $.50 PER PAGE          $_____

Other: Reopen                                         $ 260.00

                        TOTAL                         $ 260.00

_Andrea_ (signature)                                  10/26/15
Deputy Clerk                                          Date

Original to File
Copy to Trustee