## U.S. BANKRUPTCY COURT
## CONNECTICUT DISTRICT

NASSETTA, TINA, Debtor            :            DATE: 3-9-16

MIDDLESEX OB/GYN, MOGA, Claimant  :            CASE# 14-31834

### WITHDRAWAL

The Claimant in the above-encaptioned matter hereby WITHDRAWS its claim against the Debtor.

CLAIMANT

By: _____
MIDDLESEX OB/GYN, MOGA
C/O CREDIT CENTER INC
7 FINANCE DRIVE
DANBURY CT 06810

### CERTIFICATION

This will certify that a copy of the foregoing was mailed, postage prepaid, on 3-9-16, to DAVE LAVERY 543 PROSPECT AVE HARTFORD CT 06105.

By: _____
MIDDLESEX OB/GYN, MOGA
C/O CREDIT CENTER INC
7 FINANCE DRIVE
DANBURY CT 06810