**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re:  NASSETTA, TINA | §<br>§<br>§<br>§ | Case No. 14-31834(JAM) |
| Debtor(s) | | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/30/2014. The undersigned trustee was appointed on 09/30/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          57,424.17

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 284.45 |
| Bank service fees | 624.20 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 11,398.37 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 45,117.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/13/2015 and the deadline for filing governmental claims was 03/29/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,352.58. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,352.58, for a total compensation of $5,352.58[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $181.30 for total expenses of $181.30[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/30/2016          By: /s/ Kara S. Rescia
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page:        3

Case No.:    14-31834(JAM)

Case Name:    NASSETTA, TINA

For Period Ending:    03/30/2016

Trustee Name:    (270230) Kara S. Rescia

Date Filed (f) or Converted to (c):  09/30/2014 (f)

§ 341(a) Meeting Date:  11/07/2014

Claims Bar Date:  10/13/2015

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Ref. # | | | | | | |
| 1 | Residence: 57 Inverness Lane, Middletown CT 0645 | 119,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 2.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America Checking Acct # 6854 | 1,313.66 | 0.00 | | 0.00 | FA |
| 4 | Bank of America Savings Acct # 7946 | 10.97 | 0.00 | | 0.00 | FA |
| 5 | Household Goods and Furniture | 4,000.00 | 0.00 | | 0.00 | FA |
| 6 | Books, Pictures, CDs and DVDs | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Personal Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Term Life Insurance Through Employer Face Value | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Mutual of America 403(B) Acct # 8521 NOTE: This | 1.00 | 0.00 | | 0.00 | FA |
| 10 | Inheritance received after date of petition (u) | 57,424.17 | 46,025.80 | | 57,424.17 | FA |
| 11 | 2009 Chevrolet Malibu Mileage = 88,000 | 8,500.00 | 0.00 | | 0.00 | FA |
| | **Assets    Totals**    (Excluding unknown values) | **$190,652.80** | **$46,025.80** | | **$57,424.17** | **$0.00** |

Exhibit A

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page:        4

**Case No.:**   14-31834(JAM)

**Case Name:**   NASSETTA, TINA

**For Period Ending:**        03/30/2016

**Trustee Name:**        (270230) Kara S. Rescia

**Date Filed (f) or Converted (c):**   09/30/2014 (f)

**§ 341(a) Meeting Date:**   11/07/2014

**Claims Bar Date:**   10/13/2015

**Major Activities Affecting Case Closing:**

01/6/2016 After hearing on objections, Debtor has now filed multiple amended objections to claims.

11/14/2015 Debtor has filed multiple objections to claims and therefore I must wait prepare final report until claims objections are resolved. I have discussed with debtor's counsel basis for objections at length.

10/15/15 Bar date has elapsed. I wll now review claims and then prepare final report.

7/13/2015 Received turnover of nonexempt inheritance; waiting for bar date to expire.

06/19/15 Filed Motion to reopen based on pot-petition inheritance from debtor's late grandmother.

**Initial Projected Date Of Final Report (TFR):**        11/30/2015

**Current Projected Date Of Final Report (TFR):**        03/31/2016

03/30/2016

Date

/s/Kara S. Rescia

Kara S. Rescia

UST Form 101-7-TFR (5/1/2011)

Exhibit B

# Form 2

Page:        5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-31834(JAM) | |
| **Case Name:** | NASSETTA, TINA | |
| **Taxpayer ID #:** | **-***8052 | |
| **For Period Ending:** | 03/30/2016 | |

| | |
|---|---|
| **Trustee Name:** | Kara S. Rescia (270230) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | 5012948566 Checking Account |
| **Blanket Bond (per case limit):** | $20,825,320.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/13/2015 | {10} | Suzann L. Beckett, Esq. | Gross Proceeds for Inheritance after date of petition | 1229-000 | 57,424.17 | | 57,424.17 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.80 | 57,377.37 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.77 | 57,297.60 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.91 | 57,209.69 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.28 | 57,127.41 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.42 | 57,047.99 |
| 12/09/2015 | 101 | International Sureties, LTD | Ch. 7 Blanket Bond Connecticut-Region 2 12/1/4-12/1/15 Bond No. 016027937 Voided on 12/18/2015 | 2300-000 | | 24.45 | 57,023.54 |
| 12/09/2015 | 102 | International Sureties, LTD | Ch. 7 Blanket Bond Connecticut-Region 2 12/1/4-12/1/15 Bond No. 016027937 | 2300-000 | | 24.45 | 56,999.09 |
| 12/18/2015 | 101 | International Sureties, LTD | Ch. 7 Blanket Bond Connecticut-Region 2 12/1/4-12/1/15 Bond No. 016027937 Voided: check issued on 12/09/2015 | 2300-000 | | -24.45 | 57,023.54 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 90.24 | 56,933.30 |

*{} Asset Reference(s)*        **UST Form 101-7-TFR (5/1/2011)**        *! - transaction has not been cleared*

Exhibit B

# Form 2

Page:    6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-31834(JAM) | |
| **Case Name:** | NASSETTA, TINA | |
| **Taxpayer ID #:** | **-***8052 | |
| **For Period Ending:** | 03/30/2016 | |

| | |
|---|---|
| **Trustee Name:** | Kara S. Rescia (270230) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | 5012948566 Checking Account |
| **Blanket Bond (per case limit):** | $20,825,320.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.95 | 56,854.35 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.83 | 56,775.52 |
| 03/14/2016 | 103 | Clerk of U.S. Bankruptcy Court | Filing Fee to Reopen Case | 2700-000 | | 260.00 | 56,515.52 |
| 03/16/2016 | 104 | Tina Nassetta | 11 U.S.C. Section 522(d)(5) Exemption to Debtor See Doc. Id. #12 | 8100-000 | | 11,398.37 | 45,117.15 |

| | | | | |
|---|---|---|---|---|
| | **COLUMN TOTALS** | **57,424.17** | **12,307.02** | **$45,117.15** |
| | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | **Subtotal** | **57,424.17** | **12,307.02** | |
| | Less: Payments to Debtors | | 11,398.37 | |
| | **NET Receipts / Disbursements** | **$57,424.17** | **$908.65** | |

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-31834(JAM) | **Trustee Name:** | Kara S. Rescia (270230) |
| **Case Name:** | NASSETTA, TINA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8052 | **Account #:** | 5012948566 Checking Account |
| **For Period Ending:** | 03/30/2016 | **Blanket Bond (per case limit):** | $20,825,320.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $57,424.17 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $11,398.37 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $46,025.80 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| 5012948566 Checking Account | $57,424.17 | $908.65 | $45,117.15 |
| | **$57,424.17** | **$908.65** | **$45,117.15** |

03/30/2016
**Date**

/s/Kara S. Rescia
**Kara S. Rescia**

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

## Claims Register-Exhibit C

### Case: 14-31834(JAM) TINA NASSETTA

Claims Bar Date:    10/13/15 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1P-2 | Internal Revenue Service<br>135 High Street, Stop 155<br>Hartford, CT 06103<br><br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>07/16/15 | claim amended 10/22/2015 | $ 3,769.18<br>$ 3,769.18 | $0.00 | $3,769.18 |
| 1U | Internal Revenue Service<br>135 High Street, Stop 155<br>Hartford, CT 06103<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>07/16/15 | claim amended 10/22/2015 | $ 27.35<br>$ 27.35 | $0.00 | $27.35 |
| 2 | U.S. Department of Education C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>07/17/15 | | $ 81,137.25<br>$ 81,137.25 | $0.00 | $81,137.25 |
| 3 | LVNV Funding, LLC its successors and assigns as assignee of FIA Card Services, N.A. Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>07/20/15 | Claim withdrawn 01/19/2016 | $ 3,237.87<br>$ 0.00 | $0.00 | $0.00 |
| 4 | LVNV Funding, LLC its successors and assigns as assignee of Capital One, N.A. Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>07/20/15 | Claim withdrawn 01/19/2016 | $ 473.22<br>$ 0.00 | $0.00 | $0.00 |

## Claims Register-Exhibit C

| 5 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br><br>Greenville, SC 29602<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>07/20/15<br><br>Claim withdrawn 01/19/2016 | $ 27,934.25<br>$ 0.00 | $0.00 | $0.00 |
| 6 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>07/20/15 | $ 246.07<br>$ 246.07 | $0.00 | $246.07 |
| 7 | LVNV Funding, LLC its successors and assigns as assignee of FIA Card Services, N.A. Resurgent Capital Services<br>PO Box 10587<br><br>Greenville, SC 29603-0587<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>07/27/15<br><br>Claim withdrawn 01/19/2016 | $ 7,885.11<br>$ 0.00 | $0.00 | $0.00 |
| 8 | Connecticut Light and Power<br>PO Box 650032<br>Dallas, TX 75265<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>07/28/15 | $ 566.42<br>$ 566.42 | $0.00 | $566.42 |
| 9 | Physicians for Women's Health<br>22 Waterville Rd<br>Avon, CT 06001<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/07/15 | $ 201.07<br>$ 201.07 | $0.00 | $201.07 |
| 10 | Middlesex OB/GYN<br>7 Finance Drive<br>Danbury, CT 06810<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/12/15<br><br>Claim withdrawn 3/18/2016 | $ 201.07<br>$ 0.00 | $0.00 | $0.00 |
| | | **Case Total:** | $0.00 | $85,947.34 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 14-31834(JAM)
Case Name: TINA NASSETTA
Trustee Name: Kara S. Rescia

**Balance on hand:**   $   45,117.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   45,117.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kara S. Rescia | 5,352.58 | 0.00 | 5,352.58 |
| Trustee, Expenses - Kara S. Rescia | 181.30 | 0.00 | 181.30 |

Total to be paid for chapter 7 administrative expenses:   $   5,533.88
Remaining balance:   $   39,583.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   39,583.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,769.18 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P-2 | Internal Revenue Service | 3,769.18 | 0.00 | 3,769.18 |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for priority claims: | $ | 3,769.18 |
|  | Remaining balance: | $ | 35,814.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $82,178.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 27.35 | 0.00 | 11.92 |
| 2 | U.S. Department of Education C/O Nelnet | 81,137.25 | 0.00 | 35,360.45 |
| 3 | LVNV Funding, LLC its successors and assigns as assignee of FIA Card Services, N.A. Resurgent Capital Services | 0.00 | 0.00 | 0.00 |
| 4 | LVNV Funding, LLC its successors and assigns as assignee of Capital One, N.A. Resurgent Capital Services | 0.00 | 0.00 | 0.00 |
| 5 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 0.00 | 0.00 | 0.00 |
| 6 | Quantum3 Group LLC as agent for Comenity Bank | 246.07 | 0.00 | 107.24 |
| 7 | LVNV Funding, LLC its successors and assigns as assignee of FIA Card Services, N.A. Resurgent Capital Services | 0.00 | 0.00 | 0.00 |
| 8 | Connecticut Light and Power | 566.42 | 0.00 | 246.85 |
| 9 | Physicians for Women's Health | 201.07 | 0.00 | 87.63 |
| 10 | Middlesex OB/GYN | 0.00 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 35,814.09 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

Total to be paid for tardily filed general unsecured claims: $ _____ 0.00
Remaining balance: $ _____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None      |          |                         |                          |                  |

Total to be paid for subordinated claims: $ _____ 0.00
Remaining balance: $ _____ 0.00

**UST Form 101-7-TFR(5/1/2011)**