Case Name:  TINA NASSETTA
Case No.:   14-31834-JAM

# TAX VERIFICATION

The Trustee has made a determination on claims as reported on Exhibit D to the TFR and has verified the following claims are still due in the listed amounts:

| Claim No. | Tax Authority | Claim Amount | Verification Date |
|---|---|---|---|
| 1P-2 | Internal Revenue Service | $3,769.18 | 10/21/15 |

**Kara S. Rescia, Trustee**
5104A Bigelow Commons
Enfield, CT 06082
Phone: (860) 452-0052
kara@ctmalaw.com

October 21, 2015

INTERNAL REVENUE SERVICE
Special Procedures Division
135 High Street, Stop 155
Hartford, CT 06103
Attention:    Name: Paula Charette
              Title Insolvency Specialist

    RE:   **Tina Nassetta**
              **Case No. 14-31834 (JAM)**

Dear Ms. Charette:

The Internal Revenue Service has filed the following claims, copies enclosed, against the above captioned Bankrupt estate:

    **CLAIM 1, Dated July 16, 2015**
    **Unsecured Priority Claims in the amount of $3,735.00**

Please advise us by the appropriate entry below of the present amount of your tax claim by return mail so that the final report in the matter can be filed. **Also, please indicate if this claim amends or replaces one previously filed, or is no longer valid.** Your prompt attention to this matter would be greatly appreciated.

    _____ The claim is accurate as filed

    _____ The claim is no longer valid

      X     The claim is amended by a claim filed on 10/21/2015

**Payment of $_____made on the taxes due and the present balance due is $_____.**

PLEASE INDICATE:

    ADMINISTRATIVE AMOUNT   $_____
    SECURED AMOUNTS         $_____
    UNSECURED PRIORITY      $  $3,769.18
    UNSECURED AMOUNT        $  ~~$27.35~~

Paula Charette
Digitally signed by Paula Charette
DN: cn=Paula Charette, o=Insolvency, ou=SB/SE, email=paula.charette@irs.gov, c=US
Date: 2015.10.21 13:49:07 -04'00'

B10 (Official Form 10)(04/13)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF CONNECTICUT _____ | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br><br>TINA NASSETTA | Case Number:<br><br>14-31834 |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Department of the Treasury - Internal Revenue Service | COURT USE ONLY |
|---|---|
| Name and address where notices should be sent:<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>Telephone number: 1-800-973-0424   email:   Creditor Number: 8318152 | ■ Check this box if this claim amends a previously filed claim.<br><br>Court Claim Number:_____ 1<br>*(If known)*<br><br>Filed on: ____07/15/2015____ |
| Name and address where payment should be sent (if different from above):<br>Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><br>Telephone Number: 1-800-973-0424   email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**   $ 3,796.53 _____

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

■ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**   Taxes
  (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**
  ____See Attachment____

**3a. Debtor may have scheduled account as:**
  _____
  (See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
  _____
  (See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Amount of arrearage and other charges. as of the time case filed, included in secured claim, if any:
$ _____

**Nature of property or right of setoff:**   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other   **Basis for perfection:** _____
Describe:

**Value of Property:** $ _____         **Amount of Secured Claim:** $ _____

**Annual Interest Rate** ___%    ☐ fixed  or  ☐ variable      **Amount Unsecured:**    $ _____
(when case was filed)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

Amount entitled to priority:
$ 3,769.18 _____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorsor, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name: PAULA CHARETTE
Title:      Bankruptcy Specialist
Company:    Internal Revenue Service

/s/ PAULA CHARETTE                10/21/2015
(Signature)                       (Date)

Address and telephone number (if different from notice address above):
Internal Revenue Service
135 HIGH ST
M/S 155
HARTFORD, CT 06103

Telephone number: (860) 756-4407        Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

Verification of Tax

Form 10 Attachment

**In the Matter of:** TINA NASSETTA
AKA TINA HUBENY
57 INVERNESS LANE
MIDDLETOWN, CT 06457

| Case Number | 14-31834 |
| --- | --- |
| Type of Bankruptcy Case | CHAPTER 7A |
| Date of Petition | 09/30/2014 |

Amendment No. 2 to Proof of Claim dated 07/15/2015.

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XXX-XX-6376 | INCOME | 12/31/2013 | 08/10/2015 | $3,602.00 | $167.18 |

**Total Amount of Unsecured Priority Claims:** $3,769.18

**Unsecured General Claims**

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $27.35

**Total Amount of Unsecured General Claims:** $27.35

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF CONNECTICUT _____ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: TINA NASSETTA | Case Number: 14-31834 | |
|---|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): Department of the Treasury - Internal Revenue Service | COURT USE ONLY |
|---|---|
| Name and address where notices should be sent: Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 Telephone number: 1-800-973-0424    email:        Creditor Number: 8318152 | ☐ Check this box if this claim amends a previously filed claim. Court Claim Number:_____ *(If known)* Filed on: _____ |
| Name and address where payment should be sent (if different from above): Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 Telephone Number: 1-800-973-0424   email: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

**1. Amount of Claim as of Date Case Filed:**    $ 3,735.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**    Taxes
   (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**    See Attachment

**3a. Debtor may have scheduled account as:** _____ (See instruction #3a)

**3b. Uniform Claim Identifier (optional):** _____ (See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate ___%   ☐ fixed   or   ☐ variable
(when case was filed)

Amount of arrearage and other charges, as of the time case filed, included in secured claim, if any:   $_____

Basis for perfection: _____

Amount of Secured Claim: $_____

Amount Unsecured:   $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority: $ 3,735.00

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

■ I am the creditor.   ☐ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorsor, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name: PAULA CHARETTE
Title:      Bankruptcy Specialist
Company:    Internal Revenue Service                                 /s/ PAULA CHARETTE                07/15/2015
                                                                     (Signature)                      (Date)

Address and telephone number (if different from notice address above):
Internal Revenue Service
135 HIGH ST
M/S 155
HARTFORD, CT 06103

Telephone number: (860) 756-4407        Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** TINA NASSETTA
AKA TINA HUBENY
57 INVERNESS LANE
MIDDLETOWN, CT 06457

Form 10 Attachment

| | |
|---|---|
| Case Number | 14-31834 |
| Type of Bankruptcy Case | CHAPTER 7A |
| Date of Petition | 09/30/2014 |

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-6376 | INCOME | 12/31/2013 | *1* Pending Examination | $3,735.00 | $0.00 |

**Total Amount of Unsecured Priority Claims:** $3,735.00

*1* PROPOSED TAX DEFICIENCY DETERMINED BY EXAMINATION OF DEBTOR(S) TAX RETURN.

Page 1 of 1