# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
April 26, 2016

In re:

Tina Nassetta(other names used by debtor: Tina Hubeny)
Last four digits of Social–Security No or other Individual Taxpayer–Identification No (ITIN): xxx–xx–6376
Debtor(s)

Case Number: 14–31834 jam
Chapter: 7

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a Hearing will be held at **Connecticut Financial Center, 157 Church Street, 18th Floor, New Haven, CT 06510** on **May 18, 2016** at **10:00 AM** to consider and act upon the following matter(s):

> **Chapter 7 Trustee's Final Report and Proposed Distribution and Application for Compensation, and Application(s) for Compensation of Professionals filed on behalf of Trustee Kara S. Rescia. (Re: Doc #75)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: April 26, 2016

For the Court

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – pe