**Nelnet**
121 South 13th Street, Suite 201
Lincoln, NE 68508
888.486.4722

July 27, 2016

UNITED STATES BANKRUPTCY COURT
District of Connecticut

IN THE MATTER OF:
Tina Nassetta
CASE No. 14-31834
Claim No. 11

Withdrawal of Claim number 11 filed by
Nelnet on behalf of the U.S. Department of Education

To Whom It May Concern:

Creditor Nelnet on behalf of the U.S. Department of Education hereby withdraws Claim No.11 filed July 27, 2016 for $0.00.  This claim was filed in error.

Respectfully Submitted,

/s/_ Kelsey Haun_____

US Department of Education c/o Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508
402.325.7275